FILED
2026 Jul-13 PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

7-8-26

FILED
2026 JUL 13 P 1:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

Jenkins v. Safariland, LLC et al
#26-cv-123-AMM-SGC
In re: Check for $44.00

Dear Court, this Court entered an order on 7-1-26, instructing the BOP Trust fund officer to provide it with a copy of the $44.00 check sent by me to this Court. (See Doc# 9-1)

On 7-7-26, I email BOP trust fund regarding the check, & was informed that the check was mailed to this Court & cashed. See Exhibit A

I received a copy of said check from my prison case manager. See Exhibit B.

I now provide a copy of the check to show that I paid the $44.00 filing fee & the check was cashed by this Court. See Exhibit C

I respectfully ask to have my case reinstated.

Thank You

[signature]

Exhibit A



---

FROM: 09778025
TO: Low Trust Fund
SUBJECT: ***Request to Staff*** JENKINS, ANTWON, Reg# 09778025, FOR-H-C
DATE: 07/07/2026 09:48:24 AM

To: Trust Fund
Inmate Work Assignment: Library AM

Thank you
-----Low Trust Fund on 7/7/2026 9:37 AM wrote:

>
We have not received anything from the courts, however I am attaching a copy of the check it was cashed by the courts see attached, I will also send a copy to your counselor to print off for you.

---

From: ~^! JENKINS, ~^!ANTWON D <09778025@inmatemessage.com>
Sent: Tuesday, July 7, 2026 7:20 AM
Subject: ***Request to Staff*** JENKINS, ANTWON, Reg# 09778025, FOR-H-C

To: Trust Fund
Inmate Work Assignment: Library AM

ATT: Trust Fund Supervisor

I would like to make a formal request for help. I currently have a federal case pending (Jenkins v. Safariland, LLC et. al., 26-00123-AMM-SGC-{N.D. Ala}) and my case was dismissed for failure to pay a $44.00 for fee. See Doc #6

On February 10, 2026, the court ordered me to pay the $44.00 filing fee. See Doc #4
On February 17, 2026 (Reference #1718) I withdrew $44.00 from my inmate account addressed to US District Court for the Northern District of Alabama 1729 5th Ave. North Birmingham, Alabama 35203. On February 25, 2026, the funds were released (Reference #1718) from my inmate account under the transaction type "Court Fees".

As mentioned above, my case was dismissed because the court said that it DID NOT receive my payment. I argued to the court that I am currently incarcerated and unable to personally deliver a payment. And the BOP withdrew the funds from my account via a US Treasury check from Washington DC, plus I have to documents to prove that the $44.00 was actually withdrawn from my account.

On July 1, 2026, the court (Doc #9-1) stated in an order "However, the transaction report does not reveal {sic] the court to which the fee was paid...Accordingly, the Bureau of Prisons, through the Chief Financial Officer of FCI-Forest City, is ORDERED to notify the court within 14 days whether the Plaintiff's initial partial payment of $44.00 was mailed to this court for payment of the fee in this case". id. Im assuming the court mailed your office the order.

I respectfully ask for assistance in this matter. I did what I was supposed to do. The funds left my account in a timely manner. But the whereabouts of the check are still unknown to the court. Can I be provided along with the court some documentation indicating that the funds were disbursed to the US District Court in Birmingham, Alabama. As indicated above, the court provided your office 14 days address this matter and I would hate for my case to be dismissed for this incident. Thank you in Advance!
Antwon D. Jenkins
09778-025

Exhibit B

TRULINCS 09778025 - JENKINS, ANTWON D - Unit: FOR-H-C

---

FROM: Low Trust Fund
TO: 09778025
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/07/2026 09:42:01 AM

A copy of the cashed check was sent to mallard

From: ~^! JENKINS, ~^!ANTWON D <09778025@inmatemessage.com>
Sent: Tuesday, July 7, 2026 7:20 AM
Subject: ***Request to Staff*** JENKINS, ANTWON, Reg# 09778025, FOR-H-C

To: Trust Fund
Inmate Work Assignment: Library AM

ATT: Trust Fund Supervisor

I would like to make a formal request for help. I currently have a federal case pending (Jenkins v. Safariland, LLC et. al., 26-00123-AMM-SGC-{N.D. Ala}) and my case was dismissed for failure to pay a $44.00 for fee. See Doc #6

On February 10, 2026, the court ordered me to pay the $44.00 filing fee. See Doc #4
On February 17, 2026 (Reference #1718) I withdrew $44.00 from my inmate account addressed to US District Court for the Northern District of Alabama 1729 5th Ave. North Birmingham, Alabama 35203. On February 25, 2026, the funds were released (Reference #1718) from my inmate account under the transaction type "Court Fees".

As mentioned above, my case was dismissed because the court said that it DID NOT receive my payment. I argued to the court that I am currently incarcerated and unable to personally deliver a payment. And the BOP withdrew the funds from my account via a US Treasury check from Washington DC, plus I have to documents to prove that the $44.00 was actually withdrawn from my account.

On July 1, 2026, the court (Doc #9-1) stated in an order "However, the transaction report does not reveal {sic] the court to which the fee was paid...Accordingly, the Bureau of Prisons, through the Chief Financial Officer of FCI-Forest City, is ORDERED to notify the court within 14 days whether the Plaintiff's initial partial payment of $44.00 was mailed to this court for payment of the fee in this case". id. Im assuming the court mailed your office the order.

I respectfully ask for assistance in this matter. I did what I was supposed to do. The funds left my account in a timely manner. But the whereabouts of the check are still unknown to the court. Can I be provided along with the court some documentation indicating that the funds were disbursed to the US District Court in Birmingham, Alabama. As indicated above, the court provided your office 14 days address this matter and I would hate for my case to be dismissed for this incident. Thank you in Advance!
Antwon D. Jenkins
09778-025

Exhibit C

United States Treasury 15-51/000 B 568,882,968

Check No.

03 03 26 15100438 KANSAS CITY, MO 4039 71713875
000925074648 4039 71713875 M2 00000BT2606101

Pay to the order of

Clerk Us Dist Court
1729 Fifth Ave
BIRMINGHAM AL 35203

$******44*00

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

008

Vona S. Robinson

Per Enclosed Mailing Notice

58369581-1.2 PG 1 OF 1 0-0

0006380

⑈4039⑈ ⑆000000518⑆ 71713875⑈ 010326

FRB CLEVELAND
> 041036033 <
US Treas DG - OTCNET
03/10/2026

For Credit to the account of
THE TREASURER OF THE UNITED STATES
UNITED STATES DISTRICT COURT
00004601-9

| | Type | RT | Date | ISN |
|---|---|---|---|---|
| Electronic Endorsements | Subsequent | 061000146 | 20260311 | 2289620788 |
| | BOFD | 041036033 | 20260310 | 41036031532330 |

**Truncated**

N
Y

Antwon D. Jenkins
09778-025
FCC- Forest City Low
Po Box 9000
Forest City, AR 72336

MEMPHIS TN 380
9 JUL 2026 PM 4 L

Legal mail

⇨09778-025
Clerk Us Dist Court
Northern Dist of Alabama
1729 Fifth Ave
Birmingham, AL 35203
United States

Clerk US District Court
Northern District of Alabama
1729 5th Ave. North
Birmingham, AL 35203

35203-200099